446 A.2d 677

Commonwealth v. Boyer, Appellant.

Submitted November 16, 1981.  Keith L. Kilgore, for appellant; Robert W. Freeman, Assistant District Attorney, for Commonwealth, appellee.

* At the time this case was before the Court, the Honorable Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania was sitting by designation.

Before CERCONE, P. J., and McEWEN and HOFFMAN, JJ.

The order of the lower court is affirmed.